```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                      COLUMBUS DIVISION
```

DANIEL FORD,                       *

    Plaintiff,                    *

vs.                                *

DEXTER MOSES, *et al.*             *     CASE NO.4:23-cv-159-CDL-AGH

    Defendants.                   *

                                  *

O R D E R

The Court previously issued an order adopting the Magistrate Judge's Report and Recommendation based upon no objection having been filed prior to the deadline for objections.  Plaintiff has now filed objections which he claims he timely mailed.  Accordingly, the Court vacates its previous order and now conducts a de novo review of the record in this case.  Having done so, the Court adopts the Magistrate Judge' Report and Recommendation filed by the United States Magistrate Judge on July 31, 2025.  That recommendation is hereby approved, adopted, and made the Order of the Court.  The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.

IT IS SO ORDERED, this 2nd day of September, 2025.

                                        S/Clay D. Land
                                        CLAY D. LAND
                                        U.S. DISTRICT COURT JUDGE
                                        MIDDLE DISTRICT OF GEORGIA